# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

145162 & (10)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RUSSELL WARD McCARN,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145162
COA: 308894
Calhoun CC: 2010-003261-FC

     On order of the Court, the application for leave to appeal the April 4, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

t0917